IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,                                    No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF AT AMADOR
COUNTY DETENTION FACILITY,

    Defendants.                                 ORDER

                                     /

        Plaintiff is a state prisoner proceeding pro se with a complaint seeking relief under 42 U.S.C. § 1983. The complaint was received in the United States District Court for the Central District of California on April 27, 2005. Plaintiff's application to proceed in forma pauperis was granted by that court on May 19, 2005. The case was transferred to the United States District Court for the Eastern District of California by order filed June 17, 2005. The case has been referred to the undersigned in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Plaintiff's complaint appears to state cognizable claims for relief against defendants Dr. Cottrell and Joyce Lynch pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven as to these two defendants, plaintiff has a reasonable opportunity to prevail on the merits of this action.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall make a copy of the 25-page complaint received by the United States District Court for the Central District of California on April 27, 2005, strike the case number assigned in that court, affix the case number assigned in this court, and file the modified copy of the complaint as a separate document with an April 27, 2005 filing date;

2. Service of plaintiff's April 27, 2005 complaint is appropriate for the following two defendants: Dr. Cottrell and Joyce Lynch;

3. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet, and one copy of the April 27, 2005 complaint as modified and filed pursuant to this order;

4. Within thirty days after this order is signed, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 2 above; and

   d. Three copies of the April 27, 2005 complaint provided with this order.

5. Plaintiff shall not attempt to serve the complaint and summons on defendants or request waivers of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 5, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
know1260.1mod

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,                                No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF AT AMADOR
COUNTY DETENTION FACILITY,        NOTICE OF SUBMISSION

    Defendants.                           OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ ONE completed summons form;

        _____ TWO completed USM-285 forms; and

        _____ THREE true and exact copies of the April 27, 2005 complaint provided by the court.

DATED: _____, 2005.

                                                _____
                                                Plaintiff