IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

          Plaintiff,               No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF AT AMADOR COUNTY
DETENTION FACILITY, et al.,

          Defendant.           ORDER

_____/

          Plaintiff has filed a motion to appoint counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, plaintiff has not demonstrated that exceptional circumstances exist.  Plaintiff's motion for appointment of counsel will therefore be denied.

/////

/////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 6, 2005 motion for

2   appointment of counsel is denied.

3   DATED: July 14, 2005.

4

5

6   DAD:13:bb
    know1260.31

7

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2