IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,                             No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF AT AMADOR COUNTY
DETENTION FACILITY, et al.,

    Defendants.                         ORDER

/

        Plaintiff's second motion to appoint counsel was filed on July 15, 2005. The motion will be denied for the reasons set forth in the court's July 14, 2005 order denying plaintiff's first motion to appoint counsel.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 15, 2005 motion to appoint counsel is denied.

DATED: July 22, 2005.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
know1260.31s