IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,                    No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF AT AMADOR COUNTY
DETENTION FACILITY, et al.,

    Defendants.              ORDER

/

        Plaintiff has requested that the court set dates for trial and discovery.  Defendants have answered plaintiff's complaint, and the court has issued a discovery order.  At a later time, the court will issue an order requiring each party to file a status report addressing all matters specified in the order.  The court will then issue a scheduling order that sets dates for completion of discovery, completion of motion practice, pretrial conference, and trial.  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 25, 2005 motion docketed as #27 is denied.

DATED: November 3, 2005.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:13
know1260.mot