IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,                              No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF AT AMADOR COUNTY
DETENTION FACILITY, et al.,

    Defendants.                      ORDER

/

        Plaintiff has filed a third motion for appointment of counsel.  Plaintiff's previous motions were filed on July 6, 2005, and July 15, 2005, and were denied by orders filed on July 18, 2005, and July 22, 2005.  Plaintiff's renewed motion fails to demonstrate the existence of exceptional circumstances.  IT IS HEREBY ORDERED that plaintiff's November 7, 2005 motion to appoint counsel is denied for the reasons set forth in the court's July 18, 2005 order.

DATED: November 14, 2005.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
know1260.31t