IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,                    No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF, et al.,

    Defendants.                ORDER

/

        Plaintiff has submitted for filing a document titled "Disclosure of evidence to be used in Claim By Plaintiff" and a document titled "Notice of willingness by Plaintiff to take out of court settlement offers."

        Plaintiff is informed that this case is exempt from the initial disclosure requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure because it is "an action brought without counsel by a person in custody of the United States, a state, or a state subdivision." Fed. R. Civ. P. 26(a)(1)(E). With regard to plaintiff's desire for access to certain records, the court has issued an order advising the parties that discovery requests "shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135 but shall not be filed with the court except when required by Local Rules 30-250(a), 33-250(c), 34-250(c), and

1

36-250(c)." (Discovery Order filed Oct. 21, 2005, at 1.) For these reasons, plaintiff's disclosure document will be disregarded.

Plaintiff may correspond with defendants' counsel concerning out-of-court settlement of his claims, but the parties shall not file documents concerning settlement unless the case has been settled. In the event that the parties settle the case, it is the duty of the parties to inform the court immediately. See Local Rule 16-160(a).

For the reasons set forth above, IT IS ORDERED that plaintiff's disclosure of evidence and plaintiff's notice of willingness to settle, both filed on November 9, 2005, will be disregarded.

DATED: November 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
know1260.440