IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,               No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF, et al.,

    Defendants.           ORDER

_____/

    Plaintiff has submitted one document requesting a subpoena form and another document requesting issuance of a subpoena.  Plaintiff also requests a sample or a guideline for a petition under Rule 27(a) of the Federal Rules of Civil Procedure.  Rule 27(a) applies only in a situation where no action has yet been filed.  Plaintiff has already filed an action and may not file a petition under Rule 27(a).  Accordingly, IT IS ORDERED that:

    1.  Plaintiff's November 16, 2005 requests for subpoena are granted; and

    2.  The Clerk of the Court shall issue one subpoena for plaintiff's use.

DATED: November 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
know1260.subp