IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN BRAN KNOWLES-BROWDER,

    Plaintiff,　　　　　　　　No. CIV S-05-1260 FCD DAD P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP STAFF, et al.,

    Defendants.　　　　　　　　ORDER
_____/

        On November 21, 2005, the court granted plaintiff's request for a subpoena and directed the Clerk to issue one subpoena. Since that date, plaintiff has filed numerous duplicative requests for forms, instructions, samples, and legal advice regarding subpoenas, production of documents, and depositions. The subpoena issued by the court on November 22, 2005, was returned unexecuted on December 5, 2005. Plaintiff has also filed a copy of correspondence with counsel for defendants.

        Plaintiff is informed that the court cannot provide legal advice to litigants, act as a party's legal assistant, or serve subpoenas. The court has no instructions or sample forms that will assist plaintiff with the preparation and service of subpoenas or discovery requests. If plaintiff is unable to arrange for proper service of subpoenas, he must consider alternative means

of obtaining the evidence he seeks. All pending requests for information, legal advice, samples, instructions, issuance and service of additional subpoenas, and return of the subpoena returned unexecuted will be denied. Plaintiff's unexecuted subpoena and correspondence with counsel will be disregarded.

Plaintiff is cautioned that the court may impose filing restrictions in this case if plaintiff continues to file duplicative documents, documents that are neither relevant to a pending matter nor required by a court order or rule, and requests for legal advice.

Accordingly, IT IS ORDERED that:

1. Plaintiff's November 23, 2005 copy of correspondence (#37) will be disregarded;

2. Plaintiff's November 23, 2005 petition for deposition (#38) is denied;

3. Plaintiff's November 23, 2005 petition for subpoena (#39) is denied;

4. Plaintiff's November 30, 2005 request for forms, instructions, samples, and legal advice (#40) is denied;

5. Plaintiff's December 5, 2005 request for information, instructions, and legal advice (#41) is denied;

6. The subpoena returned by plaintiff unexecuted on December 5, 2005 (#42) will be disregarded;

7. Plaintiff's December 5, 2005 request for subpoena forms and instructions (#43) is denied; and

8. Plaintiff's December 5, 2005 petition for subpoena (#44) is denied.

DATED: December 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
know1260.sub2

2